UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-489 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| GARY FRANTZ, et al., | ) | |
| | ) | |
| Defendants. | ) | **NOTICE OF APPEARANCE** |

 Notice is hereby given that Justin E. Herdman, United States Attorney, enters his appearance as co-counsel of record for Plaintiff United States of America.

              Respectfully submitted,

              JUSTIN E. HERDMAN
              United States Attorney

      By: /s/ *Justin E. Herdman*
         JUSTIN E. HERDMAN (#0080418)
         United States Attorney
         Carl B. Stokes U.S. Courthouse
         801 West Superior Avenue, Suite 400
         Cleveland, Ohio 44113-1852
         (216) 622-3600
         E-mail: Justin.Herdman@usdoj.gov
         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2019, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Justin E. Herdman*
JUSTIN E. HERDMAN
United States Attorney